FILED
CLERK, U.S. DISTRICT COURT
JAN 3 0 2002
01-30-02
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S), v. Robert Shore, DEFENDANT(S). | CASE NUMBER: <br><br> CASE NUMBER: __ACV   00-2388__ <br><br> **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION** |
|---|---|

On _____11/13/01_____, a Notice of Intent to Dismiss Recovery Case For Lack of Prosecution was issued for the following reason(s):

[ X ]  Plaintiff failed to show proof of service of the Summons and Complaint

[  ]  Plaintiff failed to file a Request for Default/Default Judgment, Consent Judgment or Notice of Dismissal.

Plaintiff was given until _____12/14/01_____ to respond and no response or objection having been filed, THEREFORE:

**PLAINTIFF'S COUNSEL IS HEREBY NOTIFIED** that this action is dismissed without prejudice.

CLERK, U. S. DISTRICT COURT

By _____
Deputy Clerk

ENTER ON ICMS
JAN 3 0 2002

CV-98 (01/01)    NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

③